
FILED
CHARLOTTE, NC
OCT 0 1 2009
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ALL DIVISIONS

IN RE: ) Misc. Case No. 3:09mc172
SUPPLEMENTAL JUROR ATTENDANCE FEES )
)

## ORDER

Pursuant to Title 28, United States Code, Section 1871(b)(2) a petit juror required to attend more than thirty days in hearing one case may be paid an additional fee, not exceeding $10 more than the attendance fee for each day in excess of thirty days on which he is required to hear such case. The Judicial Administration and Technical Amendments Act of 2008, reduced the threshold for applying this additional $10 fee to be applied after ten (10) days of service on one case, effective October 1, 2009. At the September 24, 2009 Board of Judges Meeting, the judges approved the supplemental attendance fee as outlined in the above statute.

Pursuant to Title 28, United States Code, Section 1871(b)(3), a grand juror may be paid an additional fee not exceeding $10 more than the attendance fee for each day in excess of forty-five (45) days of actual service.

IT IS ORDERED that the supplemental $10 fee is to be applied automatically to petit and grand jurors when they reach the statutory minimum for the increase, without prior leave of the court. However, the presiding judge in his or her discretion may order that the supplemental fee not be paid.

DATED THIS 30 DAY OF SEPTEMBER, 2009.

Robert J. Conrad, Jr.
Chief, United States District Judge